RECEIVED
IN LAKE CHARLES, LA

JUL 23 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ROLAND SMITH | : | DOCKET NO. 2:09-cv-434 SECTION P |
| VS. | : | JUDGE MINALDI |
| MEDICAL DEPARTMENT ALLEN CORRECTIONAL CENTER, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that plaintiff's civil rights claims be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915A(b)(1).

**IT IS FURTHER ORDERED** that plaintiff be barred from filing any other civil actions in United States District Courts *in forma pauperis* except for cases involving an imminent danger of serious physical injury.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of July, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE